An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL CRAIG MCDONALD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65881

**FILED**

JUL 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to compel court to correct errors and omissions, petition for judicial notice, petition for judicial review, and motion for appointment of counsel. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions and petitions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24115

cc: Hon. Carolyn Ellsworth, District Judge
Samuel Craig McDonald
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk